**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AGUILAR PARRELLA, Petitioner, | : | |
| v. | : | Civil No. 2:26-cv-07038-JLS |
| JAMAL L. JAMISON, *et al*., Respondents. | : | |

**ORDER**

**AND NOW,** this 18th day of September, 2026, **IT IS HEREBY ORDERED** that a telephonic status conference shall be held on **Tuesday, September 22, 2026 at 10:30 a.m.** The parties shall call 855-244-8681 and use access code 2304 670 3976.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**